IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
C.A. No. 17-cv-392

| | | |
|---|---|---|
| APRIL HENDRIX, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | AFFIDAVIT OF SERVICE |
| | ) | |
| DTE ENERGY COMPANY, | ) | |
| Defendant. | ) | |
| | ) | |

I, the undersigned Attorney for the Plaintiff in the above-entitled action, being first duly sworn, and pursuant to Rule 4(l) of the Federal Rules of Civil Procedure, depose and state that service of Summons and Amended Complaint upon the Defendant(s) in this action was obtained on the Defendant(s) on the date(s) set forth below by delivering a copy of each to an officer, managing or general agent, or other agent authorized to receive service of process for each Defendant, in a manner prescribed by Rule 4(h)(1)(A) and (B) of the Federal Rules of Civil Procedure, as evidenced by the attached returns of service:

**Defendant:**

DTE Energy Company
c/o Officer, Director, Managing Agent
or Agent for Service of Process
One Energy Plaza
Detroit, Michigan 48226-1279

**Date of Service:**

June 20, 2017

1

Respectfully submitted by: /s/ Suzanne Begnoche
Suzanne Begnoche, Attorney at Law
Attorney for Plaintiff
NCSB # 35158
P.O. Box 2035
Chapel Hill, NC 27515
Telephone: (919) 960-6108
Facsimile: (919) 500-5289
suzanne.begnoche@begnochelaw.com

STATE OF NORTH CAROLINA
COUNTY OF ORANGE

Signed and sworn or affirmed to before me this day by Suzanne Begnoche.

Date: 7/12/2017

**Mark A Miller**
**NOTARY PUBLIC**
**Durham County, NC**
**My Commission Expires 11/04/2020**

Notary Public Signature

Mark A. Miller
Notary Public Printed or Typed Name

My commission expires: 11/04/2020

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
C.A. No. 17-cv-392

| | |
|---|---|
| APRIL HENDRIX, )<br>　　　　　　　　　　**Plaintiff,** )<br>　　　　　　　　　　　　　　)<br>vs. 　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>DTE ENERGY COMPANY, 　　)<br>　　　　　　　　　　**Defendant.** )<br>_____ ) | **CERTIFICATE OF SERVICE** |

　　　　This is to certify that I have this day filed the **Affidavit of Service** and **Proof(s) of Service** with the Clerk of Court using the CM/ECF system, and have served the same on Defendant(s) in a manner prescribed by Fed. R. Civ. P. 5(b), by mailing it to their last known address(es) using the United States Postal Service:

DTE Energy Company
Attn: Leland Prince, Esq.
General Counsel's Office | General Liability Group
One Energy Plaza
688 Walker Cisler Building
Detroit, Michigan 48226

　　　　Respectfully submitted this day, July 12, 2017,

　　　　　　　　　　　　　　　　By:　　**/s/ Suzanne Begnoche**
　　　　　　　　　　　　　　　　　　　　SUZANNE BEGNOCHE
　　　　　　　　　　　　　　　　　　　　Suzanne Begnoche, Attorney at Law
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　NCSB # 35158
　　　　　　　　　　　　　　　　　　　　P.O. Box 2035
　　　　　　　　　　　　　　　　　　　　Chapel Hill, NC  27515
　　　　　　　　　　　　　　　　　　　　Telephone: (919) 960-6108
　　　　　　　　　　　　　　　　　　　　Facsimile: (919) 500-5289
　　　　　　　　　　　　　　　　　　　　*Suzanne.begnoche@begnochelaw.com*

3